**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-06568 |
| | § | |
| RAYMOND J PROKASKI, Sr. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/22/2012. The undersigned trustee was appointed on 02/22/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                               $11,605.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $987.29 |
    | Bank service fees | $52.18 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $10,565.53 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/24/2012 and the deadline for filing government claims was 10/24/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,910.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,910.50, for a total compensation of $1,910.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $22.00, for total expenses of $22.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2017            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 12-06568-CAD | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | PROKASKI, Sr., RAYMOND J | | Date Filed (f) or Converted (c): | 02/22/2012 (f) |
| For the Period Ending: | 5/15/2017 | | §341(a) Meeting Date: | 03/26/2012 |
| | | | Claims Bar Date: | 10/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | SFH 4826 S. Luna, Chicago, IL | $350,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand (nominal) | $50.00 | $50.00 | | $0.00 | FA |
| 3 | checking account | $100.00 | $0.00 | | $0.00 | FA |
| 4 | ordinary household goods, including furniture and electronics | $1,000.00 | $500.00 | | $0.00 | FA |
| 5 | ordinary lot of books, etc. | $200.00 | $0.00 | | $0.00 | FA |
| 6 | lot of ordinary and necessary wearing apparel | $300.00 | $0.00 | | $0.00 | FA |
| 7 | wedding ring, wristwatch, etc. | $100.00 | $0.00 | | $0.00 | FA |
| 8 | sport guns | $100.00 | $0.00 | | $0.00 | FA |
| 9 | interest in Carpenter's Union pension | $10.00 | $0.00 | | $0.00 | FA |
| 10 | 1997 Ford van | $500.00 | $0.00 | | $0.00 | FA |
| 11 | Indian Chief Motorcycle | $11,000.00 | $8,600.00 | | $3,600.00 | FA |
| Asset Notes: | Pursuant to divorce decree, Debtor's wife has no interest in the Indian Chief Motorcycle. $6000 value is per appraisal. Court ordered turnover of motorcycle or $3600 net of exemptions by August 3, 2016 (Docket 37). | | | | | |
| 12 | Fishing Boat [18.00' 2001 Lund (Aluminum); Hull ID: LUN90752A000] | $10,000.00 | $10,000.00 | | $7,205.00 | FA |
| Asset Notes: | Pursuant to divorce decree, ex-wife has no interest in the fishing boat. Trustee authorized to sell Fishing Boat free of any exemptions (Docket 37). | | | | | |
| 13 | hand tools (carpenter) | $1,500.00 | $0.00 | | $0.00 | FA |
| 14 | Sanction awarded pursuant to dkt. 37 (u) | $0.00 | $800.00 | | $800.00 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$374,860.00    $19,950.00    $11,605.00    $0.00

**Major Activities affecting case closing:**

03/03/2017    ready for TFR

Case 12-06568 Doc 43 Filed 06/12/17 Entered 06/12/17 09:23:29 Desc Main
Document Page 4 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2 Exhibit A

| Case No.: | 12-06568-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PROKASKI, Sr., RAYMOND J | Date Filed (f) or Converted (c): | 02/22/2012 (f) |
| For the Period Ending: | 5/15/2017 | §341(a) Meeting Date: | 03/26/2012 |
| | | Claims Bar Date: | 10/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/30/2016    2016 Reporting Period:

- Debtor still has not complied with court order to turnover Indian Chief motorcycle or boat (10/29/14), each of which he continues to use and depreciate.

Debtor attempted to avoid turnover by asserting that ex-wife has interest in the property. Trustee obtained divorce decree, which establishes that Debtor's assertion is false.

Attempts to reach Debtor's attorney to negotiate settlement not fruitful, and Debtor's attorney does not respond to turnover demands.

Trustee requested Debtor's 2013 tax returns as well, to no avail.

- Filed motion for rule to show cause why Debtor should not be held in contempt,

06/30/2015    2015 Reporting Period:

Motion to Turnover granted 10/29/14. Debtor was to turnover vehicles within 14 days, but has not done so.

Debtor's attorney has not been responsive to requests to comply with court order to turnover estate property. Debtor continues to use the boat and motorcycle, further devaluing both.

04/10/2014    2014 Reporting Period:

Received contact phone number for Lynn Prokaski, Debtor's ex-wife. Multiple attempts to contact her to no avail.

Trustee will file motion for turnover of Debtor's boat and motorcycle.

06/24/2013    2013 Reporting Period:

Asset report filed 7/24/12 - Debtor's Indian Chief motorcycle ($8600) and boat ($8300)

Debtor's Attorney to send information regarding fishing boat and motorcycle. Trustee has been requesting this since July, 24, 2012.

**Initial Projected Date Of Final Report (TFR):**    10/01/2015    **Current Projected Date Of Final Report (TFR):**    05/16/2017    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-06568-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PROKASKI, Sr., RAYMOND J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7133 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Prokaski, Raymond |
| For Period Beginning: | 2/22/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2016 | (11) | RAYMOND PROKASKI, Sr. | Payment for non-exempt equity in Indian Chief Motorcycle | 1129-000 | $3,600.00 | | $3,600.00 |
| 08/05/2016 | 3001 | Illinois Department of Natural Resources | Title fee for Boat | 2990-003 | | $67.00 | $3,533.00 |
| 08/15/2016 | (14) | PROKASKI, Sr., RAYMOND J | Sanction awarded pursuant to dkt. 37 | 1249-000 | $800.00 | | $4,333.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.72 | $4,327.28 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.31 | $4,319.97 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.62 | $4,313.35 |
| 11/10/2016 | 3001 | STOP PAYMENT: Illinois Department of Natural Resources | Stopped Payment - Title fee for Boat | 2990-004 | | ($67.00) | $4,380.35 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.84 | $4,373.51 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.05 | $4,366.46 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.04 | $4,359.42 |
| 02/14/2017 | | American Auction Associates, Inc. | Auction Proceeds - sale of boat & trailer | * | $7,205.00 | | $11,564.42 |
| | {12} | | Auction Proceeds - sale of boat & trailer $6,217.71 | 1129-000 | | | $11,564.42 |
| | {12} | | Auctioneer's Expenses $332.29 | 1129-000 | | | $11,564.42 |
| | {12} | | Buyer's Premium (10%) $655.00 | 1129-000 | | | $11,564.42 |
| 02/19/2017 | 3002 | American Auction Associates, Inc. | Payment - Auctioneer buyer's premium & expenses | * | | $987.29 | $10,577.13 |
| | | | 10% buyer's premium $(655.00) | 3610-000 | | | $10,577.13 |
| | | | Auctioneer's expenses $(332.29) | 3620-000 | | | $10,577.13 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $11.60 | $10,565.53 |

| | | | | SUBTOTALS | $11,605.00 | $1,039.47 | |

**FORM 2**
Page No: 2   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-06568-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PROKASKI, Sr., RAYMOND J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7133 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Prokaski, Raymond |
| For Period Beginning: | 2/22/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $11,605.00 | $1,039.47 | $10,565.53 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | Subtotal |  | $11,605.00 | $1,039.47 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | Net |  | $11,605.00 | $1,039.47 |  |

**For the period of 2/22/2012 to 5/15/2017**                                **For the entire history of the account between 08/03/2016 to 5/15/2017**

| Total Compensable Receipts: | $11,605.00 | Total Compensable Receipts: | $11,605.00 |
|---|---|---|---|
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,605.00 | Total Comp/Non Comp Receipts: | $11,605.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,039.47 | Total Compensable Disbursements: | $1,039.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,039.47 | Total Comp/Non Comp Disbursements: | $1,039.47 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3  Exhibit B

| Case No. | 12-06568-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PROKASKI, Sr., RAYMOND J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7133 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Prokaski, Raymond |
| For Period Beginning: | 2/22/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $11,605.00 | $1,039.47 | $10,565.53 |

**For the period of 2/22/2012 to 5/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $11,605.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,605.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,039.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,039.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/22/2012 to 5/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $11,605.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,605.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,039.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,039.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No.: | 12-06568-CAD | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | PROKASKI, Sr., RAYMOND J | | | | | | | | Date: 5/15/2017 |
| Claims Bar Date: | 10/24/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $809.36 | $0.00 | $0.00 | $0.00 | $809.36 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $22.00 | $0.00 | $0.00 | $0.00 | $22.00 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,910.50 | $0.00 | $0.00 | $0.00 | $1,910.50 |
| 1 | DELL FINANCIAL SERVICES, LLC<br><br>Resurgent Capital Services<br>PO Box 10390<br>Greenville SC 29603-0390 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,500.29 | $0.00 | $0.00 | $0.00 | $1,500.29 |
| 4 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $6,677.98 | $0.00 | $0.00 | $0.00 | $6,677.98 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $5,322.50 | $0.00 | $0.00 | $0.00 | $5,322.50 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $325.14 | $0.00 | $0.00 | $0.00 | $325.14 |

| Case No. | 12-06568-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PROKASKI, Sr., RAYMOND J | | | | | | | | Date: 5/15/2017 |
| Claims Bar Date: | 10/24/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | MIDLAND FUNDING, LLC<br><br>Midland Credit Management, Inc. Agent for Midland Funding<br>PO Box 2011<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $984.18 | $0.00 | $0.00 | $0.00 | $984.18 |
| | STEVE STABINER<br><br>508 West Brittany Drive Arlington Heights IL 60004 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $655.00 | $655.00 | $0.00 | $0.00 | $0.00 |
| | STEVE STABINER<br><br>508 West Brittany Drive Arlington Heights IL 60004 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $332.29 | $332.29 | $0.00 | $0.00 | $0.00 |
| 3 | VON MAUR<br><br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline IL 61265 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $159.53 | $0.00 | $0.00 | $0.00 | $159.53 |
| | | | | | $18,698.77 | $987.29 | $0.00 | $0.00 | $17,711.48 |

**CLAIM ANALYSIS REPORT** Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** 12-06568-CAD | | **Trustee Name:** David Leibowitz |
| **Case Name:** PROKASKI, Sr., RAYMOND J | | **Date:** 5/15/2017 |
| **Claims Bar Date:** 10/24/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $325.14 | $325.14 | $0.00 | $0.00 | $0.00 | $325.14 |
| Attorney for Trustee Fees (Trustee Firm) | $5,322.50 | $5,322.50 | $0.00 | $0.00 | $0.00 | $5,322.50 |
| Auctioneer for Trustee Expenses | $332.29 | $332.29 | $332.29 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Fees (including buyers premiums) | $655.00 | $655.00 | $655.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $1,500.29 | $1,500.29 | $0.00 | $0.00 | $0.00 | $1,500.29 |
| Payments to Unsecured Credit Card Holders | $8,631.05 | $8,631.05 | $0.00 | $0.00 | $0.00 | $8,631.05 |
| Trustee Compensation | $1,910.50 | $1,910.50 | $0.00 | $0.00 | $0.00 | $1,910.50 |
| Trustee Expenses | $22.00 | $22.00 | $0.00 | $0.00 | $0.00 | $22.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      12-06568
Case Name:   RAYMOND J PROKASKI, Sr.
Trustee Name: David P. Leibowitz

Balance on hand:   $10,565.53

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $10,565.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| David P. Leibowitz, Trustee Fees | $1,910.50 | $0.00 | $1,910.50 |
| David P. Leibowitz, Trustee Expenses | $22.00 | $0.00 | $22.00 |
| Lakelaw, Attorney for Trustee Fees | $5,322.50 | $0.00 | $5,322.50 |
| Lakelaw, Attorney for Trustee Expenses | $325.14 | $0.00 | $325.14 |
| American Auction Associates, Inc., Auctioneer for Trustee Fees | $655.00 | $655.00 | $0.00 |
| American Auction Associates, Inc., Auctioneer for Trustee Expenses | $332.29 | $332.29 | $0.00 |

Total to be paid for chapter 7 administrative expenses:   $7,580.14
Remaining balance:   $2,985.39

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $2,985.39

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,985.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,131.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Dell Financial Services, LLC | $1,500.29 | $0.00 | $442.09 |
| 2 | Midland Funding, LLC | $984.18 | $0.00 | $290.01 |
| 3 | Von Maur | $159.53 | $0.00 | $47.01 |
| 4 | Discover Bank | $6,677.98 | $0.00 | $1,967.79 |
| 5 | Capital One, N.A. | $809.36 | $0.00 | $238.49 |

|  | Total to be paid to timely general unsecured claims: | $2,985.39 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |