**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-06568 |
| | § | |
| RAYMOND J PROKASKI, Sr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $335,550.00 | Assets Exempt: | $21,220.00 |
| Total Distributions to Claimants: | $2,985.39 | Claims Discharged Without Payment: | $72,865.08 |
| Total Expenses of Administration: | $8,619.61 | | |

3) Total gross receipts of $11,605.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,605.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $383,756.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $8,619.61 | $8,619.61 | $8,619.61 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $49,500.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $25,383.50 | $10,131.34 | $10,131.34 | $2,985.39 |
| **Total Disbursements** | $458,639.50 | $18,750.95 | $18,750.95 | $11,605.00 |

    4). This case was originally filed under chapter 7 on 02/22/2012. The case was pending for 66 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>08/08/2017</u>        By:   <u>/s/ David P. Leibowitz</u>
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Fishing Boat [18.00' 2001 Lund (Aluminum); Hull ID: LUN90752A000] | 1129-000 | $7,205.00 |
| Indian Chief Motorcycle | 1129-000 | $3,600.00 |
| Sanction awarded pursuant to dkt. 37 | 1249-000 | $800.00 |
| **TOTAL GROSS RECEIPTS** | | $11,605.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tcf National Bank | 4110-000 | $383,756.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $383,756.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,910.50 | $1,910.50 | $1,910.50 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $22.00 | $22.00 | $22.00 |
| Green Bank | 2600-000 | NA | $52.18 | $52.18 | $52.18 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $5,322.50 | $5,322.50 | $5,322.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $325.14 | $325.14 | $325.14 |
| 10% buyer's premium, Auctioneer for Trustee | 3610-000 | NA | $655.00 | $655.00 | $655.00 |
| Auctioneer's expenses, Auctioneer for Trustee | 3620-000 | NA | $332.29 | $332.29 | $332.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,619.61 | $8,619.61 | $8,619.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lynn E. Prokaski | 5800-000 | $49,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $49,500.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dell Financial Services, LLC | 7100-000 | $1,364.16 | $1,500.29 | $1,500.29 | $442.09 |
| 2 | Midland Funding, LLC | 7100-900 | $904.83 | $984.18 | $984.18 | $290.01 |
| 3 | Von Maur | 7100-900 | $159.53 | $159.53 | $159.53 | $47.01 |
| 4 | Discover Bank | 7100-900 | $6,106.67 | $6,677.98 | $6,677.98 | $1,967.79 |
| 5 | Capital One, N.A. | 7100-900 | $629.18 | $809.36 | $809.36 | $238.49 |
| | Adventist Hinsdale Hospital | 7100-000 | $140.00 | $0.00 | $0.00 | $0.00 |
| | ComEd | 7100-000 | $217.92 | $0.00 | $0.00 | $0.00 |
| | Community Orthopaedics, LTD | 7100-000 | $451.20 | $0.00 | $0.00 | $0.00 |
| | Complete Rehabilitation | 7100-000 | $1,475.00 | $0.00 | $0.00 | $0.00 |
| | Complete Rehabilitation | 7100-000 | $407.00 | $0.00 | $0.00 | $0.00 |
| | Darien Univ Medicine Cardiology | 7100-000 | $35.80 | $0.00 | $0.00 | $0.00 |
| | DuPage Neonatology Associates | 7100-000 | $49.00 | $0.00 | $0.00 | $0.00 |
| | Emergency Healthcare Phys L | 7100-000 | $45.60 | $0.00 | $0.00 | $0.00 |
| | Family Medical Center Of LaGrange LTD | 7100-000 | $149.20 | $0.00 | $0.00 | $0.00 |
| | Family Medical Center Of LaGrange LTD | 7100-000 | $89.10 | $0.00 | $0.00 | $0.00 |
| | HSBC Card Services | 7100-000 | $412.35 | $0.00 | $0.00 | $0.00 |
| | HSBC Card Services | 7100-000 | $2,578.35 | $0.00 | $0.00 | $0.00 |
| | HSBC Retail | 7100-000 | $4,911.29 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Services |  |  |  |  |  |
|  | HSBC Retail Services | 7100-000 | $1,689.71 | $0.00 | $0.00 | $0.00 |
|  | LaGrange Memorial Hospital Cardiol | 7100-000 | $6.00 | $0.00 | $0.00 | $0.00 |
|  | North American Credit Services | 7100-000 | $273.04 | $0.00 | $0.00 | $0.00 |
|  | North American Credit Services | 7100-000 | $769.65 | $0.00 | $0.00 | $0.00 |
|  | Sprint | 7100-000 | $190.92 | $0.00 | $0.00 | $0.00 |
|  | Stonegate Insurance Company | 7100-000 | $1,301.00 | $0.00 | $0.00 | $0.00 |
|  | Suburban Pulmonary & Sleep Associates, L | 7100-000 | $545.00 | $0.00 | $0.00 | $0.00 |
|  | Terrence R Gilman DDS | 7100-000 | $482.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $25,383.50 | $10,131.34 | $10,131.34 | $2,985.39 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 12-06568-CAD | Trustee Name: | David Leibowitz |
| Case Name: | PROKASKI, Sr., RAYMOND J | Date Filed (f) or Converted (c): | 02/22/2012 (f) |
| For the Period Ending: | 8/8/2017 | §341(a) Meeting Date: | 03/26/2012 |
| | | Claims Bar Date: | 10/24/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | SFH 4826 S. Luna, Chicago, IL | $350,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand (nominal) | $50.00 | $50.00 | | $0.00 | FA |
| 3 | checking account | $100.00 | $0.00 | | $0.00 | FA |
| 4 | ordinary household goods, including furniture and electronics | $1,000.00 | $500.00 | | $0.00 | FA |
| 5 | ordinary lot of books, etc. | $200.00 | $0.00 | | $0.00 | FA |
| 6 | lot of ordinary and necessary wearing apparel | $300.00 | $0.00 | | $0.00 | FA |
| 7 | wedding ring, wristwatch, etc. | $100.00 | $0.00 | | $0.00 | FA |
| 8 | sport guns | $100.00 | $0.00 | | $0.00 | FA |
| 9 | interest in Carpenter's Union pension | $10.00 | $0.00 | | $0.00 | FA |
| 10 | 1997 Ford van | $500.00 | $0.00 | | $0.00 | FA |
| 11 | Indian Chief Motorcycle | $11,000.00 | $8,600.00 | | $3,600.00 | FA |
| Asset Notes: | Pursuant to divorce decree, Debtor's wife has no interest in the Indian Chief Motorcycle. $6000 value is per appraisal. Court ordered turnover of motorcycle or $3600 net of exemptions by August 3, 2016 (Docket 37). | | | | | |
| 12 | Fishing Boat [18.00' 2001 Lund (Aluminum); Hull ID: LUN90752A000] | $10,000.00 | $10,000.00 | | $7,205.00 | FA |
| Asset Notes: | Pursuant to divorce decree, ex-wife has no interest in the fishing boat. Trustee authorized to sell Fishing Boat free of any exemptions (Docket 37). | | | | | |
| 13 | hand tools (carpenter) | $1,500.00 | $0.00 | | $0.00 | FA |
| 14 | Sanction awarded pursuant to dkt. 37 (u) | $0.00 | $800.00 | | $800.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                **Gross Value of Remaining Assets**

$374,860.00        $19,950.00                    $11,605.00        $0.00

**Major Activities affecting case closing:**
05/15/2017    TFR Submitted
03/03/2017    ready for TFR

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 12-06568-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PROKASKI, Sr., RAYMOND J | Date Filed (f) or Converted (c): | 02/22/2012 (f) |
| For the Period Ending: | 8/8/2017 | §341(a) Meeting Date: | 03/26/2012 |
| | | Claims Bar Date: | 10/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/30/2016  2016 Reporting Period:
- Debtor still has not complied with court order to turnover Indian Chief motorcycle or boat (10/29/14), each of which he continues to use and depreciate.
Debtor attempted to avoid turnover by asserting that ex-wife has interest in the property. Trustee obtained divorce decree, which establishes that Debtor's assertion is false.
Attempts to reach Debtor's attorney to negotiate settlement not fruitful, and Debtor's attorney does not respond to turnover demands.
Trustee requested Debtor's 2013 tax returns as well, to no avail.
- Filed motion for rule to show cause why Debtor should not be held in contempt,

06/30/2015  2015 Reporting Period:
Motion to Turnover granted 10/29/14. Debtor was to turnover vehicles within 14 days, but has not done so.
Debtor's attorney has not been responsive to requests to comply with court order to turnover estate property. Debtor continues to use the boat and motorcycle, further devaluing both.

04/10/2014  2014 Reporting Period:
Received contact phone number for Lynn Prokaski, Debtor's ex-wife. Multiple attempts to contact her to no avail.
Trustee will file motion for turnover of Debtor's boat and motorcycle.

06/24/2013  2013 Reporting Period:
Asset report filed 7/24/12 - Debtor's Indian Chief motorcycle ($8600) and boat ($8300)
Debtor's Attorney to send information regarding fishing boat and motorcycle. Trustee has been requesting this since July, 24, 2012.

**Initial Projected Date Of Final Report (TFR):** 10/01/2015     **Current Projected Date Of Final Report (TFR):** 05/16/2017     /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-06568-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PROKASKI, Sr., RAYMOND J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7133 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Prokaski, Raymond |
| For Period Beginning: | 2/22/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2016 | (11) | RAYMOND PROKASKI, Sr. | Payment for non-exempt equity in Indian Chief Motorcycle | 1129-000 | $3,600.00 | | $3,600.00 |
| 08/05/2016 | 3001 | Illinois Department of Natural Resources | Title fee for Boat | 2990-003 | | $67.00 | $3,533.00 |
| 08/15/2016 | (14) | PROKASKI, Sr., RAYMOND J | Sanction awarded pursuant to dkt. 37 | 1249-000 | $800.00 | | $4,333.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.72 | $4,327.28 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.31 | $4,319.97 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.62 | $4,313.35 |
| 11/10/2016 | 3001 | STOP PAYMENT: Illinois Department of Natural Resources | Stopped Payment - Title fee for Boat | 2990-004 | | ($67.00) | $4,380.35 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.84 | $4,373.51 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.05 | $4,366.46 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.04 | $4,359.42 |
| 02/14/2017 | | American Auction Associates, Inc. | Auction Proceeds - sale of boat & trailer | * | $7,205.00 | | $11,564.42 |
| | {12} | | Auction Proceeds - sale of boat & trailer     $6,217.71 | 1129-000 | | | $11,564.42 |
| | {12} | | Auctioneer's Expenses     $332.29 | 1129-000 | | | $11,564.42 |
| | {12} | | Buyer's Premium (10%)     $655.00 | 1129-000 | | | $11,564.42 |
| 02/19/2017 | 3002 | American Auction Associates, Inc. | Payment - Auctioneer buyer's premium & expenses | * | | $987.29 | $10,577.13 |
| | | | 10% buyer's premium     $(655.00) | 3610-000 | | | $10,577.13 |
| | | | Auctioneer's expenses     $(332.29) | 3620-000 | | | $10,577.13 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $11.60 | $10,565.53 |
| 07/06/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $325.14; Distribution Dividend: 100.00%; | 3120-000 | | $325.14 | $10,240.39 |
| 07/06/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $5,322.50; Distribution Dividend: 100.00%; | 3110-000 | | $5,322.50 | $4,917.89 |
| 07/06/2017 | 3005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,910.50 | $3,007.39 |
| 07/06/2017 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $22.00 | $2,985.39 |
| 07/06/2017 | 3007 | Dell Financial Services, LLC | Claim #: 1; Amount Claimed: $1,500.29; Distribution Dividend: 29.47%; | 7100-000 | | $442.09 | $2,543.30 |
| | | | **SUBTOTALS** | | $11,605.00 | $9,061.70 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-06568-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PROKASKI, Sr., RAYMOND J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7133 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Prokaski, Raymond |
| For Period Beginning: | 2/22/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2017 | 3008 | Midland Funding, LLC | Claim #: 2; Amount Claimed: $984.18; Distribution Dividend: 29.47%; | 7100-900 | | $290.01 | $2,253.29 |
| 07/06/2017 | 3009 | Von Maur | Claim #: 3; Amount Claimed: $159.53; Distribution Dividend: 29.47%; | 7100-900 | | $47.01 | $2,206.28 |
| 07/06/2017 | 3010 | Discover Bank | Claim #: 4; Amount Claimed: $6,677.98; Distribution Dividend: 29.47%; | 7100-900 | | $1,967.79 | $238.49 |
| 07/06/2017 | 3011 | Capital One, N.A. | Claim #: 5; Amount Claimed: $809.36; Distribution Dividend: 29.47%; | 7100-900 | | $238.49 | $0.00 |
| | | | **TOTALS:** | | $11,605.00 | $11,605.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $11,605.00 | $11,605.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $11,605.00 | $11,605.00 | |

| For the period of 2/22/2012 to 8/8/2017 | | For the entire history of the account between 08/03/2016 to 8/8/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,605.00 | Total Compensable Receipts: | $11,605.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,605.00 | Total Comp/Non Comp Receipts: | $11,605.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $11,605.00 | Total Compensable Disbursements: | $11,605.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,605.00 | Total Comp/Non Comp Disbursements: | $11,605.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-06568-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PROKASKI, Sr., RAYMOND J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7133 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Prokaski, Raymond |
| For Period Beginning: | 2/22/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $11,605.00 | $11,605.00 | $0.00 |

**For the period of 2/22/2012 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $11,605.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,605.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11,605.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,605.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/22/2012 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $11,605.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,605.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11,605.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,605.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ